UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHABANI RAMADHANI,

        Plaintiff,

v.

STELLAR SENIOR LIVING LLC; and
OVERLAKE TERRACE LLC,

        Defendants.

C18-1125 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 15, is GRANTED as follows. The deadline for filing discovery-related motions is EXTENDED from May 23, 2019, to June 20, 2019, and the deadline for completing discovery is EXTENDED from July 1, 2019, to July 22, 2019.

(2) The Agreed Pretrial Order, due on October 4, 2019, shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov. Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated / Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

MINUTE ORDER - 1

(3) All other terms and conditions, and all dates and deadlines not inconsistent herewith, set forth in the Minute Order entered October 16, 2018, docket no. 10, shall remain in full force and effect.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of April, 2019.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk