UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHABANI RAMADHANI,

        Plaintiff,

  v.

STELLAR SENIOR LIVING LLC; and
OVERLAKE TERRACE LLC,

        Defendants.

C18-1125 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motion for protective order, docket no. 19, is DENIED in part and GRANTED in part as follows:

    (a)    Defendants may issue a subpoena duces tecum to Sunrise of Bellevue (and/or Sunrise Senior Living Management Inc.) for plaintiff Shabani Ramadhani's payroll and time records and performance evaluations for the period from January 1, 2016, through December 31, 2016. All documents produced in response to such subpoena duces tecum shall be treated as confidential and shall not be publicly disclosed absent prior written consent of plaintiff. *See* <u>Rugo v. Hardwick</u>, 2017 WL 2623771 at *4 (E.D. Wash. June 16, 2017).

    (b)    Plaintiff's motion for protective order is otherwise GRANTED, and defendants may not issue subpoenas duces tecum to any other former employers or to plaintiff's current employer in connection with this litigation. *See* <u>Scott v. Multicare Health Sys.</u>, 2019 WL 1559211 (W.D. Wash. Apr. 10, 2019); <u>Paananen v. CellCo P'ship</u>, 2009 WL 2057048 (W.D. Wash. July 15, 2009).

MINUTE ORDER - 1

(2) Plaintiff's motion to compel production,[1] docket no. 22, is GRANTED in part and DENIED in part as follows:

    (a) Defendants are DIRECTED to produce, within forty-five (45) days of the date of this Minute Order, unredacted Extended Care Professional ("ECP") records for the three-month period preceding plaintiff's termination. Defendants shall bear the burden of providing any notice required by RCW 70.02.060, if applicable. If defendants do not timely provide such unredacted materials to plaintiff, they will not be permitted to offer any ECP records at trial.

    (b) Defendants are DIRECTED to produce, to the extent they have not already done so, all documents, including all emails, relating to (i) defendants' articulated reason for terminating plaintiff, namely his allegedly improper use of the ECP system, including any communications between persons who investigated such suspected misconduct and/or participated in the decision to terminate plaintiff, even if such materials do not reference plaintiff by name; and (ii) any requests pursuant to the Family and Medical Leave Act ("FMLA") made by plaintiff or time off taken by plaintiff during the six-month period preceding his termination. Such disclosures shall be made within thirty (30) days of the date of this Minute Order.

    (c) Plaintiff's motion to compel is otherwise DENIED.

(3) Defendants' motion to compel and for protective order, docket no. 17, is GRANTED in part and DENIED in part as follows:

    (a) With respect to plaintiff's employment records, defendants' motion to compel is GRANTED in part and DENIED in part as set forth in Paragraph 1.

    (b) With regard to the "native" versions of text messages and emails with Overlake Terrace staff, defendants' motion to compel is DENIED. Plaintiff appears to have produced the requested records, and has provided an explanation concerning how materials were extracted from plaintiff's cell phone and how relevant data was identified. <u>See</u> Caldwell Decl. at ¶¶ 4-7 (docket no. 34).

    (c) With respect to ECP records, defendants' motion for protective order is GRANTED in part and DENIED in part as set forth in Paragraph 2.

(4) The Court DECLINES to award attorney's fees or costs in connection with any of the discovery motions addressed in this Minute Order.

---

[1] Defendants' request for extension of time to file their response, <u>see</u> Resp. at 2 n.1 (docket no. 37), is GRANTED, and defendants' response, docket no. 37, will be considered timely filed.

MINUTE ORDER - 2

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 3