UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHABANI RAMADHANI,

        Plaintiff,

v.

STELLAR SENIOR LIVING LLC; and OVERLAKE TERRACE LLC,

        Defendants.

C18-1125 TSZ

ORDER

Counsel having telephonically advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that (i) the unopposed motion to seal, docket no. 45, is GRANTED, and Exhibit 1 to the Declaration of Joseph Shaeffer, docket no. 49, shall remain under seal; (ii) the parties' cross-motions for partial summary judgment, docket nos. 46 and 50, are STRICKEN as moot; and (iii) this case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 23rd day of August, 2019.

        /s/ Thomas S. Zilly
        Thomas S. Zilly
        United States District Judge

ORDER - 1